UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 26-138 LMP/ECW

UNITED STATES OF AMERICA,

**INDICTMENT**

Plaintiff,

18 U.S.C. § 2422(b)
18 U.S.C. § 2427

v.

TED MATTHEW BENNETT,

Defendant.

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
### (Coercion and Enticement of a Minor)

From on or about January 1, 2025, through on or about November 11, 2025, in the State and District of Minnesota and elsewhere, the defendant,

**TED MATTHEW BENNETT,**

using a facility and means of interstate and foreign commerce, namely, by cellphone and the internet, attempted to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity which under such circumstances would constitute a criminal offense, namely, third degree criminal sexual conduct in violation of Minnesota Statute 609.344; all in violation of Title 18, United States Code, Sections 2422(b) and 2427.

## FORFEITURE ALLEGATIONS

If convicted of the offense alleged in Count 1 in this Indictment, defendant **TED MATTHEW BENNETT** shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428(a), (1) any property, real or personal, that was used or intended

SCANNED
AUG 0·6 2026
U.S. DISTRICT COURT MPLS

*United States v. Ted Matthew Bennett*

to be used to commit or to facilitate the commission of such violation; and (2) any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violation.

A TRUE BILL

_____       _____
UNITED STATES ATTORNEY                 FOREPERSON